1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  TONY BLACKMAN, | No.  1:24-cv-00983 GSA (PC) |
| 12            Plaintiff, | ORDER DIRECTING PLANTIFF TO PAY FILING FEE IN FULL PRIOR TO |
| 13       v. | PROCEEDING WITH THIS MATTER |
| 14  BRYAN D. PHILLIPS, et al., | 28 U.S.C. § 1915(g) |
| 15            Defendants. | PLAINTIFF'S SHOWING OF CAUSE, OR IN THE ALTERNATIVE, HIS PAYMENT OF |
| 16 | ALL FILING FEES IN FULL, DUE **SEPTEMBER 13, 2024** |
| 17 | |

18
19          Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983 and
20  has requested authority pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis.  ECF Nos. 1,
21  2.  This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. §
22  636(b)(1)(B).

23          For the reasons stated below, Plaintiff will be ordered to show cause why he should not be
24  required to pay the filing fee in full prior to proceeding with this action.  As an alternative to
25  filing the showing of cause, he may pay the filing fees in full.

26      I.    BACKGROUND

27          On October 8, 2010, in <u>Blackman v. Rocha</u>, No. 1:10-cv-01824 LJO SMS ("<u>Rocha</u>"),
28  Plaintiff was identified as a three strikes litigant within the meaning of 28 U.S.C. § 1915(g), and it

was determined that he did not meet the imminent danger exception.  <u>Rocha</u>, ECF No. 4.  The <u>Rocha</u> Court took judicial notice of the following cases and identified them as strikes:

- <u>Blackman v. Hartwell</u>, No. 1:99-cv-05822 REC HGB  (E.D. Cal. Mar. 12, 2001) (dismissed  for  failure  to  state  a  claim);

- <u>Blackman v. Medina</u>, No. 3:05-cv-05390 SI (N.D. Cal. Mar. 13, 2006 (dismissed for failure to state a claim);

- <u>Blackman v. Variz</u>, No. 3:06-cv-06398 SI (N.D. Cal. Dec. 18, 2006) (dismissed for failure to state a claim), and

- <u>Blackman v. Taxdahl</u>, No. 1:04-cv-06389 AWI LJO  (E.D.  Cal. May 18, 2007) (dismissed  for failure to state a claim).

<u>Rocha</u>, ECF No. 4 at 1-2, n.1.  As a result, Plaintiff's case was dismissed without prejudice to Plaintiff refiling the matter along with the full filing fee.  <u>See id.</u> at 2.

II.    <u>DISCUSSION</u>

A.  <u>Applicable Law</u>

28 U.S.C. § 1915(g) states:

> In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g).

B.  <u>Analysis</u>

On August 21, 2024, Plaintiff's complaint, along with an application to proceed in forma pauperis were docketed.  ECF Nos. 1, 2.  Although the pleading names multiple individuals as defendants, the claims in it are unintelligible.  <u>See</u> <u>generally</u> ECF No. 1.  However, to the extent that the Court is able to understand Plaintiff's complaint, it does not appear that he has made a plausible assertion that he is in imminent danger of serious physical harm, which would eliminate

2

Plaintiff's obligation as a three strikes litigant to pay the filing fee in full prior to proceeding any further with this case.  See generally 28 U.S.C. § 1915(g).

In light of these findings, Plaintiff will be ordered to show cause why he should not be required to pay the filing fee in full prior to proceeding with this matter.  As an alternative to filing the showing of cause, Plaintiff may pay the filing fees in full.  He will be given twenty-one days to take either course of action.

Accordingly, IT IS HEREBY ORDERED that:

1.   The Clerk of Court is directed to IDENTIFY Plaintiff as a three strikes litigant within the meaning of 28 U.S.C. § 1915(g) in the Court's docketing system.

2.   Within twenty-one days from the date of this order – **by September 13, 2024,** – Plaintiff is ordered to SHOW CAUSE why he should not be required to pay the filing fees in full in this case prior to proceeding any further with it.

**Plaintiff is cautioned that failure to comply with this order within the time allotted may result in a recommendation that this action be dismissed.**

IT IS SO ORDERED.

Dated:   __**August 23, 2024**__          _____**/s/ Gary S. Austin**
                                                            UNITED STATES MAGISTRATE JUDGE

3