UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY BLACKMAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BRYAN D. PHILLIPS, et al.,<br><br>　　　　　Defendants. | No. 1:24-cv-00983-KES-GSA<br><br>ORDER ADOPTING FINDINGS AND REOMMENDATIONS TO DENY IN FORMA PAUPERIS STATUS AND ORDERING PLAINTIFF TO PAY FILING FEE<br><br>Doc. 8 |

　　　　Plaintiff Tony Blackman is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On August 21, 2024, plaintiff filed his initial complaint along with a motion to proceed in forma pauperis.  Docs. 1, 2.  On August 26, 2024, the assigned magistrate judge issued an order identifying plaintiff as a three strikes litigant, pursuant to 28 U.S.C. § 1915(g) and directing plaintiff to show cause why he should not be required to pay the filing fee in full.  Doc. 6. Plaintiff failed to respond to the order.  *See* Docket.  On September 30, 2024, the magistrate judge issued findings and recommendations that plaintiff's application to proceed in forma pauperis be denied and that plaintiff be required to pay the filing fee in full to proceed with this action. Doc 8.  Specifically, the findings and recommendations reiterate the determination in the August 26, 2024, show cause order, Doc. 6, that plaintiff has accumulated more than three "strikes" and

1

that he has failed to demonstrate that he meets the imminent danger exception under 28 U.S.C. § 1915(g). *Id.* at 4.  The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen days of service. *Id*.  Plaintiff did not file any objections, and the deadline to do so has passed.

Pursuant to 28 U.S.C. § 636 (b)(1), this Court conducted a de novo review of the case.  Having carefully reviewed the matter, the Court concludes the findings and recommendations are supported by the record and proper analysis.  Thus, plaintiff may not proceed in forma pauperis and is required to pay the filing fee in full before proceeding any further with this action.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on September 30, 2024, Doc. 8, are ADOPTED in full;
2. Plaintiff is PRECLUDED from proceeding in forma pauperis in this action pursuant to 28 U.S.C. § 1915(g); and
3. Plaintiff SHALL pay the $405.00 filing fee within thirty (30) days of the date of service of this order.  If plaintiff fails to pay the filing fee within the specified time, this action will be dismissed without further notice.

IT IS SO ORDERED.

Dated:   January 10, 2025

UNITED STATES DISTRICT JUDGE

2