UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY BLACKMAN, | No. 1:24-cv-00983-KES-GSA (PC) |
| Plaintiff, | ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY FILING FEE |
| v. | |
| BRYAN D. PHILLIPS, et al., | Doc. 9 |
| Defendants. | |

Plaintiff Tony Blackman is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 30, 2024, the assigned magistrate judge issued findings and recommendations that plaintiff's application to proceed in forma pauperis be denied pursuant to 28 U.S.C. § 1915(g) and that plaintiff be required to pay the filing fee in full to proceed with this action. Doc. 8. On January 13, 2025, the Court issued an order adopting the findings and recommendations in full and ordering plaintiff to pay the filing fee in full within thirty (30) days. Doc. 9. In that order, plaintiff was warned that if he failed to pay the filing fee within the specified time, this action would be dismissed. *Id.* at 2. Plaintiff has not paid the filing fee, and the deadline to do so has passed. Without such payment, the action cannot proceed at this time.

///

Accordingly, IT IS HEREBY ORDERED:

1. This action is dismissed without prejudice; and
2. The Clerk of the Court is directed to terminate any pending motions and to close this case.

IT IS SO ORDERED.

Dated: March 2, 2025

_____
UNITED STATES DISTRICT JUDGE